QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Zachary A. Schenkkan (Bar No. 304738)
zackschenkkan@quinnemanuel.com
Dylan Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant iTalk Global Communications, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIALU WU and SONG HE,<br><br>Plaintiffs,<br><br>v.<br><br>ITALK GLOBAL COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:20-cv-07150-PSG-PJWx<br><br>**DEFENDANT ITALK GLOBAL'S REQUEST FOR ENTRY OF JUDGMENT**<br><br>The Hon. Philip S. Gutierrez |

Pursuant to this Court's Order of Dismissal dated February 2, 2021 (Dkt. No. 27) and Federal Rule of Civil Procedure 58(d), Defendant iTalk Global hereby requests that a final judgment dismissing this case be entered in a separate document.  A proposed judgment is attached hereto.

DATED:  Febuary 17, 2021              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By  /s/ *Michael E Williams*
                                         Michael E. Williams
                                         Attorneys for iTalk Global
                                         Communications, Inc.