FILED
CLERK, U.S. DISTRICT COURT
2/18/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

case already closed
link 28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIALU WU and SONG HE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ITALK GLOBAL COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:20-cv-07150-PSG-PJWx<br><br>[~~PROPOSED~~] JUDGMENT<br><br>The Hon. Philip S. Gutierrez |

For the reasons stated in the Court's Order of February 2, 2021 granting iTalk Global Communication Inc.'s Motion to Dismiss or, in the Alternative, Compel Arbitration and Stay Further Proceedings (*see* Dkt. No. 27), the Court hereby enters final judgment dismissing Plaintiffs Jialu Wu's and Song He's claims with prejudice.

**IT IS SO ORDERED**.

DATED: February 18, 2021

Hon. Philip S. Gutierrez
Chief United States District Court Judge